**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00172-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

NIGEL GILLINGS,

    Plaintiff,

v.

LT. BANVELOS,
LT. YAGAR,
H. WALKER, and
LT. HART,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

    Plaintiff Nigel Gillings is in the custody of the Federal Bureau of Prisons and currently is incarcerated at the United States Penitentiary in Jonesville, Virginia.  Plaintiff has submitted a Prisoner Complaint pursuant to 42 U.S.C. § 1983 and other various federal statutes.

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

Case 1:15-cv-00172-MSK-STV   Document 4   Filed 01/27/15   USDC Colorado   Page 2 of 3

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)     __     is not submitted
(2)     __     is missing affidavit
(3)     __     is missing a certified prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)     _X_    Plaintiff's prison account is not certified
(5)     __     is missing required financial information
(6)     __     is missing an original signature by the prisoner
(7)     __     is not on proper form (must use the Court's current form)
(8)     __     names in caption do not match names in caption of complaint, petition or habeas application
(9)     __     is missing a signed authorization to allow agency to disburse funds from inmate account
(10)    __     other:

**Complaint, Petition or Application**:
(11)    __     is not submitted
(12)    __     is not on proper form (must use the Court's current form used in filing 28 U.S.C. § 2254 actions)
(13)    __     is missing an original signature by the prisoner
(14)    __     is missing page nos. __
(15)    __     uses et al. instead of listing all parties in caption
(16)    __     names in caption do not match names in text
(17)    _X_    other: Addresses of named Defendants are not provided in A. Parties section of the Complaint form.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used in filing a Prisoner's Complaint (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov, for use in curing noted deficiencies. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED January 27, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge