## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00172-GPG

**NIGEL GILLINGS**,

    Plaintiff,

v.

**LT. BANVELOS**;
**LT. YAGAR;** and
**H. WALKER**,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Mr. GIllings has filed a Motion requesting the status of his Amended Complaint (ECF No. 19).  As stated in this Court's May 16, 2015, Order to Show Cause, the Court has reviewed the Plaintiff's Amended Complaint and issued an Order to Show Cause in reference to the Amended Complaint on May 16, 2015 (ECF No. 17).  Thus, his Motion is DENIED as moot.

    Plaintiff is reminded that he is ordered to file a response to the Order to Show Cause within thirty days from May 16, 2015 showing why the action should not be dismissed as barred by the applicable statute of limitations and/or for his failure to have properly exhausted all available prison administrative remedies on each of his claims.  If Plaintiff fails to comply within thirty days from May 16, 2015, the Court will dismiss this action without further notice.

Dated:  May 28, 2015